### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DEVETA WEBSTER**                                                                     **PLAINTIFF**

**V.**                                    **NO. 3:10CV00132 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

### ORDER

For good cause shown, Plaintiff's unopposed first motion for extension of time to

file her brief (docket entry #10) is GRANTED.  The time is extended to, and including,

November 13, 2010.  Defendant's brief shall be due 42 days from the date Plaintiff's brief

is served.

IT IS SO ORDERED this 13th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE