IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEVETA WEBSTER**                                                                                    **PLAINTIFF**

V.                                    **NO. 3:10CV00132 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Remand (docket entry #15). Plaintiff does not object. For good cause shown, Defendant's motion (#15) is GRANTED.

This case is hereby remanded under sentence four of 42 U.S.C. § 405(g) for further development of the record and, if necessary, for a supplemental hearing. Specifically, the Administrative Law Judge should obtain vocational expert testimony to assess the effect of Plaintiff's impairments on the occupational base.

IT IS SO ORDERED this 27th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE