# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DEVETA WEBSTER**                                                                                                **PLAINTIFF**

V.                                    **NO. 3:10CV00132 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                                 **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, this case is remanded to the Secretary, under Sentence four of the Social Security Act, 42 U.S.C. § 405(g), for actions consistent with the Order.

IT IS SO ORDERED this 27th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE